Matter of Johnson (2023 NY Slip Op 00719)

Matter of Johnson

2023 NY Slip Op 00719

Decided on February 9, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 9, 2023

PM-27-23
[*1]In the Matter of Holly Michelle Johnson, an Attorney. (Attorney Registration No. 3986783.)

Calendar Date:January 30, 2023

Before:Garry, P.J., Egan Jr., Lynch, Ceresia and Fisher, JJ.

Holly Michelle Johnson, Tacoma Park, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Holly Michelle Johnson was admitted to practice by this Court in 2001 and lists a business address in Washington, DC with the Office of Court Administration. Johnson now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Johnson's application.
Upon reading Johnson's affidavit sworn to December 19, 2022 and filed December 27, 2022, and upon reading the January 24, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Johnson is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Lynch, Ceresia and Fisher, JJ., concur.
ORDERED that Holly Michelle Johnson's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Holly Michelle Johnson's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Holly Michelle Johnson is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Johnson is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Holly Michelle Johnson shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.